## IN THE SUPREME COURT OF THE STATE OF NEVADA

KEOLIS TRANSIT SERVICES, LLC,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,

        Respondents,
        and

PATRICIA HILL,

        Real Party in Interest.

No. 76172

FILED

AUG 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

Cause appearing, petitioner's motion for a voluntary dismissal of this petition is granted. This petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joseph Hardy, Jr., District Judge
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
       Richard Harris Law Firm
       Eighth District Court Clerk

18-33490